# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

TIMOTHY CONDIT,

    Plaintiff(s),

CASE NUMBER: 06-12406

v.

Honorable Marianne O. Battani

Magistrate Judge Virginia M. Morgan

CHASE BANK, f/k/a BANK ONE,

    Defendant(s).

_____/

## ORDER

The following Motion(s) has been filed with the Court:

**-Defendant's Motion to Dismiss, filed 6/14/06**

    You are hereby notified that, having reviewed the motion(s), the Court sees no need for oral argument. Therefore, in accordance with Local Rule 7.1(e)(2), the Court is dispensing with oral argument.

    A written order will be prepared and submitted non dispositive motions. A report and recommendation will be prepared and submitted for dispositive motions.

    s/Virginia M. Morgan
    Virginia M. Morgan

Dated: July 20, 2006     United States Magistrate Judge

**Copies sent by electronic means or U. S. Mail at the address disclosed on the notice of electronic filing this date to:**

I. W. Winsten (via email)      Timothy B. Condit
    10370 North Territorial
    Plymouth, MI  48170

    s/Jennifer Hernandez
    Jennifer Hernandez, Case Manager
    (313) 234-5210